

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO COUNTY SHERIFF'S OFFICERS ASSOCIATION, INC., | § | No. 08-14-00177-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 41st District Court |
| | § | |
| RICHARD D. WILES IN HIS OFFICIAL CAPACITY AS SHERIFF OF EL PASO COUNTY, TEXAS, | | of El Paso County, Texas |
| | § | |
| | | (TC# 2014DCV1557) |
| | § | |
| Appellee. | | |

**MEMORANDUM OPINION**

Pending before the Court is a joint motion to dismiss Appellant's appeal. TEX. R. APP. P. 42.1(a)(2). The parties represent to the Court that all matters involved in the appeal have been fully and finally compromised and settled.

We have considered the motion and conclude that the motion should be granted. We therefore dismiss the appeal without prejudice. Costs are to be paid by the party incurring them in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(d).


STEVEN L. HUGHES, Justice

March 11, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.